**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

John Barnette, Shatima Barnette, Bernard Allen, Jr., and
Meagan Allen, Defendants,

Of whom John Barnette is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-001940

———————

Appeal From Spartanburg County
James F. Fraley, Jr., Family Court Judge

———————

Unpublished Opinion No. 2020-UP-078
Submitted March 11, 2020 – Filed March 18, 2020

———————

**AFFIRMED**

———————

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Robert C. Rhoden, III, of the South Carolina Department
of Social Services, of Spartanburg, for Respondent.

Jacqueline Alicia Moss, of the Law Firm of Jacqueline Moss, of Spartanburg, for the Guardian ad Litem.

---

**PER CURIAM:** John Barnette appeals the family court's final order finding he harmed his minor children and removing them from his custody. *See* S.C. Code Ann. § 63-7-1660(E) (2010). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), and *South Carolina Department of Social Services v. Dawner*, S.C. Sup. Ct. Order dated Feb. 2, 2005,[1] we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Barnette's counsel.

**AFFIRMED.**[2]

**WILLIAMS, KONDUROS, and HILL, JJ., concur.**

---

[1] Expanding the *Cauthen* procedure to situations in which an indigent person appeals an order imposing measures short of termination of parental rights, such as removal based on child abuse and neglect.

[2] We decide this case without oral argument pursuant to Rule 215, SCACR.